IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TREEHOUSE AVATAR LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>VALVE CORPORATION,<br><br>　　　　　　　Defendant. | 1:15CV427<br><br>**ORDER** |

This matter is before the court on the report and recommendation of the magistrate judge, Filing No. 114. The magistrate judge recommends that this court transfer the case to the Western District of Washington. No objections have been filed. The court has carefully reviewed the order of the magistrate judge and finds it is correct in all respects. *See* 28 U.S.C. § 636. Accordingly, the court will grant the motion to transfer.

THEREFORE, IT IS ORDERED THAT:

1. The motion to transfer by defendant Valve Corporation, Filing No. 76, is granted;

2. The report and recommendation of the magistrate judge, Filing No. 114, is adopted in its entirety; and

3. The Clerk of Court is ordered to transfer this case to the Western District of Washington.

Dated this 8th day of December, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge